# United States Court of Appeals
## For the First Circuit

No. 08-1498

LATIN AMERICAN MUSIC COMPANY, d/b/a Asociación de Compositores y
Editores de Música Latinoamericana (ACEMLA); ASOCIACIÓN DE
COMPOSITORES Y EDITORES DE MÚSICA LATINOAMERICANA (ACEMLA),

Plaintiffs, Appellants,

v.

AMERICAN SOCIETY OF COMPOSERS AUTHORS AND PUBLISHERS,

Defendants, Appellee.

ERRATA SHEET

The opinion of this Court issued on December 28, 2010, is amended as follows:

On page 3, line 15, "§ 101," is deleted

On page 4, lines 16-17, "Fed. R. App. P." is substituted for "First Circuit Local Rule"